IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEAN SUTTON JR., | § | |
| | § | No. 288, 2025 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N25M-05-079 |
| BRIAN EMIG, WARDEN, | § | |
| J.T.V.C.C., | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: November 7, 2025
Decided: November 13, 2025

## **ORDER**

On October 6, 2025, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Dean Sutton Jr., because he had not filed an opening brief by the October 2, 2025 deadline set by the Court. On October 17, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, to Sutton directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Sutton received the notice on October 27, 2025. A timely response to the notice was due on or before November 6, 2025. To date, Sutton has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Karen L. Valihura*
Justice